# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

MAY 08 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

KKM HOLDINGS, LAW OFFICE of JAMES J HARRINGTON, PLLC,

Union County Court Judges; CHARLIE B BROWN and STEPHEN V HIGDON,

& Magistrates; MRS TRUMBULL, Plaintiff,

V.

3:25-CV-313-MOC

Case No.; TBD

FATIHAA CARROLL, Defendants.

## NOTICE OF REMOVAL

To The Honorable Judges of the United States District Court for the Western Division District of North Carolina

COMES NOW the Defendant, FATIHAA J CARROLL, Pro Se, pursuant to 28 U.S.C. § 1443, and respectfully submits this Notice of Removal of the above-captioned case from the District Court of Union County, North Carolina, to the United States District Court, based on violations of federally protected civil rights.

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

**STATEMENT OF FACTS**

Defendant was wrongfully evicted due to a miscalculation error admitted by the landlord in District Court. The plaintiff took the stand in District Court and told the Court that she was paid back rent starting from December of 2022 to June of 2023 from an emergency rental program that helped tenants pay rent in arrears and prepayments. The Judge and Magistrate did not properly review the evidence brought forth. The defendant provided Cash app receipts to prove that the plaintiff was compensated from her personally for the months of December and January. Therefore, the ERAP program funds should have been applied to the months the respondent actually failed to pay rent on, this would have been starting from February onward not December.

The landlord's attorney concealed the judgment for 18 months, preventing Defendant from timely appealing or seeking relief. North Carolina attorneys have to abide by the NC Civil Rules of Professional Conduct and still owe some duties to their opposing party. Rule 3.4 of the North Carolina Rules of Professional Conduct, lawyers are prohibited from concealing evidence, obstructing access to documents, or engaging in conduct that unfairly prejudices the opposing party. The landlord's attorney intentionally withheld the judgment, preventing the defendant from appealing.

The District Court failed to reduce its order to writing, violating <u>Rule 58 of the North Carolina Rules of Civil Procedure</u>, which requires judgments to be properly documented.

Defendant appealed the magistrate's decision and paid a bond stay pending appeal, yet the eviction judgment remains on her rental record, preventing her from securing housing.

The landlord re-rented the apartment despite the pending appeal, violating Defendant rights and resulting in unjust enrichment.

Defendant is now homeless due to the court's refusal to correct the procedural errors that were caused as a result of the negligence of the North Carolina State Court County of Union. .

Magistrate Mrs Trumbull, Judge Mr Brown, attorney James Harrington, and the plaintiff have a personal relationship, creating a conflict of interest that has prevented Defendant from securing housing. This is evidenced by the disregard of the defendants rights and the ethical duties they each swore to uphold.

**LEGAL BASIS FOR REMOVAL**

Defendant seeks removal under 28 U.S.C. § 1443, which allows cases to be transferred from state court to federal court when civil rights are at stake. The following legal grounds support removal:

Denial of Due Process & Equal Protection

The Fourteenth Amendment guarantees due process and equal protection under the law. The District Court's failure to document its ruling has denied Defendant the ability to enforce her rights and seek relief.

Fraudulent Concealment & Unjust Enrichment

The landlord's attorney concealed the judgment for 18 months, violating Respondent's right to timely notice and appeal. The landlord re-rented the apartment, despite her bond stay pending appeal, violating the defendants rights and resulting in unjust enrichment.

Violation of Stay Pending Appeal

Defendant paid a bond stay pending appeal, yet the eviction judgment remains on her rental record, preventing her from securing housing. The landlord re-rented the apartment, despite the pending appeal, violating her rights.

Case Became Removable Due to Court's Continuance Despite Procedural Errors

This case was not initially removable until today, when the District Court continued the case despite being notified of procedural errors. Judge HIGDON allowed the plaintiff and her attorney an additional 20 minutes to get to his courtroom. After no confirmation as to where her or her attorney's whereabouts were, he stated to the defendant that "he's not here to talk about anything else other than the status review of the case." He refused to hear anything the respondent had to say and simply continued the case. To excuse this bias he reported that the other attorney was caught up in another courtroom. Despite being notified of the irreparable harm caused. As of today, there is still no written motion for continuance.

The court's refusal to formally acknowledge the miscalculation error admitted by the landlord, and the procedural delays and error, has resulted in ongoing harm to Plaintiff.

State Court's Intentional Disregard of Federal Rights

The Union County Court Judges and Magistrates have failed to enforce procedural safeguards, effectively denying the defendant the ability to enforce her federally protected rights. The continued enforcement of an invalid eviction judgment constitutes a civil rights violation under 28 U.S.C. § 1443.

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Court:

Accept jurisdiction over this matter under 28 U.S.C. § 1443.

Vacate the eviction judgment of the Magistrate verbally affirmed by Judge Brown, due to procedural errors and fraudulent concealment.

Order the correction of Defendants rental record to remove the invalid eviction.

Grant any further relief deemed just and proper.

Respectfully submitted,

On this day May 8th, 2025

*FATIHAA J CARROLL, 815 WARREN ST APT B2, MONROE NC 28110, 234.699.0561, CARROLLFATIHAA@OUTLOOK.COM*